# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Justin Behn | ) | Case No. 19-905M(NJ) |
| dob: xx/xx/1987 | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

*U.S. DISTRICT COURT*
*EASTERN DISTRICT of WI*
*FILED*
*2019 SEP -6 P 2:19*
*STEPHEN C. DRIES*
*CLERK*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Justin Behn ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(g)(1) - Felon in possession of a firearm and/or ammunition

Date: August 20, 2019

*Issuing officer's signature*

City and state: Milwaukee, WI

Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8-20-19 , and the person was arrested on *(date)* 8-20-19
at *(city and state)* Hartford, WI .

Date: 8-20-19

*Arresting officer's signature*

Richard E. Connors Special Agent ATF
*Printed name and title*

Case 2:19-mj-00905-NJ   Filed 08/20/19   Page 1 of 1   Document 5